TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00720-CV

Analisha Martinez, Appellant

v.

Waterpark Management, Inc., d/b/a Schlitterbahn Waterpark

and d/b/a Schlitterbahn at the Rapids, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT

NO. C-93-534-B, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a Notice of Consent to Dismissal of Appeal. We treat this as
a motion to dismiss, grant the motion, and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: January 21, 2000

Do Not Publish